UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ELAINE WANG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 1:23-cv-05410-VSB |
| | : |
| SYNEOS HEALTH, INC., JOHN M. DINEEN, BARBARA W. BODEM, BERNADETTE CONNAUGHTON, MICHELLE KEEFE, WILLIAM E. KLITGAARD, KENNETH F. MEYERS, MATTHEW E. MONAGHAN, DAVID WILKES, M.D., and ALFONSO G. ZULUETA, | : |
| | : |
| Defendants. | : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elaine Wang hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: September 28, 2023

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

/s/ Benjamin Y. Kaufman
Benjamin Y. Kaufman (BK1863)
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
kaufman@whafh.com

*Attorneys for Plaintiff Elaine Wang*